**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MEDIA RESEARCH CENTER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 10-2013 (ESH) |
| ) | |
| **U.S. DEPARTMENT OF JUSTICE;** ) | |
| **THE SOLICITOR GENERAL** ) | |
| **OF THE UNITED STATES**, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| **JUDICIAL WATCH, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 11-0426 (ABJ) |
| ) | |
| **U.S. DEPARTMENT OF JUSTICE;** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER**

Based on a conference call with the parties held on this date, it is hereby

**ORDERED** that defendants' Motion for Consolidation [Dkt. No. 12] is **GRANTED IN PART**. Case No. 11-cv-0426 (ABJ) will be transferred to the undersigned for the purpose of resolving the legal issues common to both cases; it is further

**ORDERED** that the two separate dockets will be maintained; it is further

**ORDERED** that the parties shall confer and submit a joint proposed briefing schedule for the legal issues and/or documents common to both cases by April 29, 2011.

**SO ORDERED.**

2

                                                      /s/
                              ELLEN SEGAL HUVELLE
                              United States District Judge

Date:   April 21, 2011